UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 13, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHAD H BELL

Defendant.

Case No. 1:22-po-00082-SAB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHAD H BELL Case No. 1:22-po-00082-SAB Charges 18 USC § 3606 from custody for the following reasons:

　　x　Release on Personal Recognizance

　　＿＿＿Bail Posted in the Sum of $ ＿＿＿＿＿＿＿＿＿＿＿

　　　　　＿＿＿Unsecured Appearance Bond $ ＿＿＿＿＿＿＿

　　　　　＿＿＿Appearance Bond with 10% Deposit

　　　　　＿＿＿Appearance Bond with Surety

　　　　　＿＿＿Corporate Surety Bail Bond

　　　　　(Other): Released forthwith and to report on 3/22/2024 at 10 AM before Judge Boone for a Probation Violation

　　x　Hearing in Courtroom 9, 6th floor, at Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA

　　　　　＿＿＿93721.

Issued at Sacramento, California on March 13, 2024 at 2:00 PM

Dated:  March 13, 2024

_[signature]_

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE