HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
CHAD BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHAD BELL,<br><br>          Defendant. | Case No. 1:22-po-00082-SAB<br><br>MOTION TO DESIGNATE COMMUNITY SERVICE ORGANIZATION; ORDER<br><br>Judge: Hon. Stanley A. Boone |

On March 22, 2024, Chad Bell appeared before this Court on charges that he violated his probation, and the matter was continued to May 23.  Mr. Bell requested that the Court modify his probation to extend the deadline for his required community service hours.  The Court declined to do so, but stated that it might consider any community service Mr. Bell performs prior to May 23.

Mr. Bell asks the Court to approve his performing community service for the El Dorado County Fair Association in Placerville, CA.  Tasks to be performed include maintenance work at the fairgrounds.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 11, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
CHAD BELL

# **O R D E R**

**IT IS SO ORDERED.** Defendant may perform community service hours for the El Dorado County Fair Association.

IT IS SO ORDERED.

Dated: __**April 11, 2024**__

UNITED STATES MAGISTRATE JUDGE