# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD H BELL,<br><br>    Defendant. | Case No. 1:22-po-00082-SAB<br><br>ORDER RE REFUND OF OVERPAYMENT |

Defendant Chad H Bell was ordered to pay $805.00. However, the Central Violations Bureau received payment from Defendant in the amount of $1,030.00, which resulted in overpayment by $225.00 for the violation.

Accordingly, IT IS HEREBY ORDERED that Defendant be refunded in the amount of $225.00.

IT IS SO ORDERED.

Dated:  **May 24, 2024**

UNITED STATES MAGISTRATE JUDGE

1